ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
Kamaludin Slyman CSC                           )    ASBCA Nos. 62007, 62008
                                               )
Under Contract No. H92237-12-C-0131            )

APPEARANCES FOR THE APPELLANT:        Bryant S. Banes, Esq.
                                      Sean D. Forbes, Esq.
                                        Neel, Hooper & Banes, P.C.
                                        Houston, TX

APPEARANCES FOR THE GOVERNMENT:       Jeffrey P. Hildebrant, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                      Christopher M. Judge-Hilborn, Esq.
                                      Kyle E. Gilbertson, Esq.
                                        Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE PROUTY

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $70,000. Appellant has agreed to waive Contract Disputes Act interest.

Dated: June 8, 2021

_____
J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


RICHARD SHACKLEFORD                    MICHAEL N. O'CONNELL
Administrative Judge                          Administrative Judge
Acting Chairman                                Armed Services Board
Armed Services Board                         of Contract Appeals
of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 62007, 62008, Appeals of
Kamaludin Slyman CSC, rendered in conformance with the Board's Charter.

     Dated:  June 14, 2021


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2